**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|                                      |     |                    |
| ------------------------------------ | --- | ------------------ |
| **IVAN HILL,**                       | :   |                    |
|          **Petitioner**              | :   | **CIVIL ACTION**   |
|      **v.**                          | :   |                    |
|                                      | :   | **NO. 14-4574**    |
| **MIKE WENEROWICZ, SUPT.,** *et al*.,| :   |                    |
|          **Respondents**             | :   |                    |

## NOTICE OF APPEAL

Petitioner, Ivan Hill, through counsel, hereby appeals to the United States Court of

Appeals for the Third Circuit from this Court's order entered February 22, 2021, ECF No. 49,

denying Petitioner's Petition for Writ of Habeas Corpus.

Respectfully submitted,

*/s/Arianna J. Freeman*
ARIANNA J. FREEMAN
Managing Attorney, Non-Capital Habeas
Federal Community Defender Office
 for the Eastern District of Pennsylvania
601 Walnut Street, Suite 540 West
Philadelphia, Pennsylvania 19106
(215) 928-1100

## CERTIFICATE OF SERVICE

I, Arianna J. Freeman, Assistant Federal Defender, Managing Attorney, Non-Capital Habeas Unit, Federal Community Defender Office for the Eastern District of Pennsylvania, hereby certify that on this date this document has been filed electronically and is available for viewing and downloading from the Court's ECF system.  I have served this document via electronic email upon Matthew Stiegler, Assistant District Attorney, Supervisor, Federal Litigation Unit, Philadelphia District Attorney's Office, at matthew.stiegler@phila.gov.

*s/ Arianna J. Freeman*
ARIANNA J. FREEMAN

DATE: March 24, 2021