**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IVAN HILL, | : | |
| Petitioner, | : | |
| | : | No. 2:14-cv-4574 |
| v. | : | |
| | : | |
| JOSEPH TERRA, THE DISTRICT ATTORNEY | : | |
| OF THE COUNTY OF PHILADELPHIA, THE | : | |
| ATTORNEY GENERAL OF THE STATE OF | : | |
| PENNSYLVANIA, | : | |
| Respondents. | : | |

**O R D E R**

**AND NOW**, this 16th day of June, 2026, for the reasons stated in the Opinion issued this date, **IT IS ORDERED THAT**:

1. Petitioner's Rule 60(b) Motion, ECF No. 50, is **DENIED**.

2. Petitioner's Motion to Admit Affidavits, ECF No. 115, is **DISMISSED as moot**.

3. Petitioner's Motion to Withdraw Request for Evidentiary Hearing, ECF No. 121, is **DISMISSED as moot**.

4. A certificate of appealability as to Petitioner's freestanding actual innocence claim is **GRANTED**.

5. The Clerk of Court is directed to **CLOSE** this case.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge